Anna Maria Martin (Bar No. 154279)
amartin@mmhllp.com
Grant Ingram (Bar No. 242785)
gingram@mmhllp.com
MESERVE, MUMPER & HUGHES LLP
800 Wilshire Boulevard, Suite 500
Los Angeles, California 90017-2611
Telephone: (213) 620-0300
Facsimile: (213) 625-1930

Attorneys for Defendants
LIFE INSURANCE COMPANY OF NORTH AMERICA
and METROPCSWIRELESS, INC. EMPLOYEE
WELFARE BENEFIT PLAN

Laurence F. Padway (Bar No. 83914)
LAW OFFICES OF LAURENCE F. PADWAY
1516 Oak Street, Suite 109
Alameda, CA 94501
Tel: 510.814.6100
Fax: 510.814.0650

David J. Linden
P.O. Box 5780
Napa, CA 94581
Tel: 707.252.7007
Fax: 707.252.7883

Attorneys for Plaintiff
SONJA K. RYGG

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| SONJA K. RYGG, | CASE NO. 3:17-cv-06891-JST |
| Plaintiff, | **STIPULATION TO CONTINUE BRIEFING AND HEARING SCHEDULE; and [PROPOSED] ORDER** |
| vs. | |
| METROPCS WIRELESS, INC. EMPLOYEE WELFARE BENEFIT PLAN, | **Date: November 15, 2018** |

1

| | | |
|---|---|---|
| and LIFE INSURANCE COMPANY OF NORTH AMERICA, | ) ) ) | **Time: 2:00 p.m.** |
| Defendants. | ) | |

Whereas the following briefing schedule was set by the Court on March 7, 2018: and,

| | |
|---|---|
| Plaintiff's opening brief: | September 10, 2018 |
| Defendant's opening brief: | October 1, 2018 |
| Plaintiff's response: | October 15, 2018 |
| Defendant's response: | October 29, 2018 |
| Hearing: | November 15, 2018 at 2:00 p.m. |

Whereas, counsel for plaintiff requests an approximately four week continuance to October 8, 2018, due to the fact that he is the primary lawyer for Plaintiff Sonja Rygg. He is a solo practitioner with one full time paralegal, and a part time assistant. He has been out ill for much of August, 2018, in part due to right knee surgery. In addition, his paralegal was hospitalized on an urgent basis and missed substantial time from work during August;

Now, therefore, the parties respectfully request that the filing and hearing deadlines be continued as follows:

| | |
|---|---|
| Plaintiff's opening brief: | October 8, 2018 |
| Defendant's opening brief: | October 26, 2018 |
| Plaintiff's response: | November 12, 2018 |
| Defendant's response: | November 30, 2018 |
| Hearing: | December 17, 2018 at 2:00 p.m. |

| | |
|---|---|
| | **MESERVE, MUMPER & HUGHES LLP** |
| DATED: September 11, 2018 | By: */s/ Anna M. Martin*<br>ANNA M. MARTIN<br>Attorneys for Defendants<br>LIFE INSURANCE COMPANY OF NORTH AMERICA and METROPCSWIRELESS, INC. EMPLOYEE WELFARE BENEFIT PLAN |
| | **LAW OFFICES OF LAURENCE F. PADWAY** |
| DATED: September 11, 2018 | By: */s/ Laurence F. Padway*<br>LAURENCE F. PADWAY<br>Attorneys for Plaintiff<br>SONJA K. RYGG |

## ATTESTATION PURSUANT TO GENERAL ORDER 45

I, Laurence F. Padway, attest that concurrence in the filing of this document has been obtained from any signatories indicated by a "conformed" signature (/s/) within this e-filed document. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: September 11, 2018         LAW OFFICES OF LAURENCE F. PADWAY

By: */s/Laurence F. Padway*
LAURENCE F. PADWAY
Attorneys for Plaintiff
SONJA K. RYGG

### [PROPOSED] ORDER

Pursuant to the stipulation of the parties, it is so ordered. The briefing and hearing schedule set forth above is hereby adopted, except that Plaintiff's opening brief shall be due on October 9, 2018; Plaintiff's response brief shall be due on November 13, 2018; and the hearing shall be held on December 20, 2018.

IT IS SO ORDERED.

Dated: September 13, 2018

_____
UNITED STATES DISTRICT JUDGE
Jon S. Tigar