Anna Maria Martin (Bar No. 154279)
amartin@mmhllp.com
Grant Ingram (Bar No. 242785)
gingram@mmhllp.com
MESERVE, MUMPER & HUGHES LLP
800 Wilshire Boulevard, Suite 500
Los Angeles, California 90017-2611
Telephone: (213) 620-0300
Facsimile: (213) 625-1930

Attorneys for Defendants
LIFE INSURANCE COMPANY OF NORTH AMERICA
and METROPCSWIRELESS, INC. EMPLOYEE
WELFARE BENEFIT PLAN

Laurence F. Padway (Bar No. 83914)
LAW OFFICES OF LAURENCE F. PADWAY
1516 Oak Street, Suite 109
Alameda, CA 94501
Tel: 510.814.6100
Fax: 510.814.0650

David J. Linden
P.O. Box 5780
Napa, CA 94581
Tel: 707.252.7007
Fax: 707.252.7883

Attorneys for Plaintiff
SONJA K. RYGG

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| SONJA K. RYGG, | CASE NO. 3:17-cv-06891-JST |
| Plaintiff, | **STIPULATION TO CONTINUE BRIEFING AND HEARING SCHEDULE; and [PROPOSED] ORDER** |
| vs. | |
| METROPCS WIRELESS, INC. EMPLOYEE WELFARE BENEFIT PLAN, | **Date: December 20, 2018** **Time: 2:00 p.m.** |

1

STIPULATION TO CONTINUE BRIEFING AND HEARING SCHEDULE & [PROPOSED] ORDER
Case No. 3:17-cv-06891-JST

| | | |
|---|---|---|
| 1 | and LIFE INSURANCE COMPANY OF<br>NORTH AMERICA, | )<br>) |
| 2 | | ) |
| 3 | Defendants. | ) |

Whereas the following briefing schedule was set by the Court on September 13, 2018: and,

        Plaintiff's opening brief:     October 9, 2018
        Defendant's opening brief:   October 26, 2018
        Plaintiff's response:           November 13, 2018
        Defendant's response:       November 30, 2018
        Hearing:                      December 20, 2018 at 2:00 p.m.

Whereas, counsel for Ms. Rygg lost significant time from work during August for illness, following which he underwent knee surgery on August 22, 2018, which resulted in a prior continuance and the schedule described above. However, the backlog of work caused by counsel's absence was more than anticipated, and the preparation of the brief in this case has taken longer than planned, as a result of which counsel have met and conferred, and agreed upon a revised schedule, which takes into account the calendar of both counsel and the upcoming holidays:

        Plaintiff's opening brief:     October 23, 2018
        Defendant's opening brief:   November 9, 2018
        Plaintiff's response:           December 4, 2018
        Defendant's response:       December 21, 2018
        Hearing:                      January 24, 2019 at 2:00 p.m.

It is so stipulated.

|   |   |
|---|---|
|   | **MESERVE, MUMPER & HUGHES LLP** |
| DATED: October 8, 2018 | By: */s/ Anna M. Martin* <br> ANNA M. MARTIN <br> Attorneys for Defendants <br> LIFE INSURANCE COMPANY OF NORTH AMERICA and METROPCSWIRELESS, INC. EMPLOYEE WELFARE BENEFIT PLAN |
|   | **LAW OFFICES OF LAURENCE F. PADWAY** |
| DATED: October 8, 2018 | By: */s/ Laurence F. Padway* <br> LAURENCE F. PADWAY <br> Attorneys for Plaintiff <br> SONJA K. RYGG |

### **ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, Laurence F. Padway, attest that concurrence in the filing of this document has been obtained from any signatories indicated by a "conformed" signature (/s/) within this e-filed document. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: October 8, 2018         LAW OFFICES OF LAURENCE F. PADWAY

By: */s/Laurence F. Padway*
LAURENCE F. PADWAY
Attorneys for Plaintiff
SONJA K. RYGG

## [PROPOSED] ORDER

Pursuant to the stipulation of the parties, it is so ordered. The briefing and hearing schedule set forth above is hereby adopted.

The Court does not anticipate granting any further continuances.

IT IS SO ORDERED.

Dated: October 9, 2018

_____
UNITED STATES DISTRICT JUDGE
Jon S. Tigar