Anna Maria Martin (Bar No. 154279)
amartin@mmhllp.com
Grant Ingram (Bar No. 242785)
gingram@mmhllp.com
MESERVE, MUMPER & HUGHES LLP
800 Wilshire Boulevard, Suite 500
Los Angeles, California 90017-2611
Telephone: (213) 620-0300
Facsimile: (213) 625-1930

Attorneys for Defendants
LIFE INSURANCE COMPANY OF NORTH AMERICA
and METROPCSWIRELESS, INC. EMPLOYEE
WELFARE BENEFIT PLAN

Laurence F. Padway (Bar No. 83914)
LAW OFFICES OF LAURENCE F. PADWAY
1516 Oak Street, Suite 109
Alameda, CA 94501
Tel: 510.814.6100
Fax: 510.814.0650

David J. Linden
P.O. Box 5780
Napa, CA 94581
Tel: 707.252.7007
Fax: 707.252.7883

Attorneys for Plaintiff
SONJA K. RYGG

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONJA K. RYGG, | ) CASE NO. 3:17-cv-06891-JST |
| | ) **STIPULATION FOR A** |
| Plaintiff, | ) **ONE DAY EXTENSION** |
| | ) **OF TIME and [PROPOSED] ORDER** |
| vs. | ) |
| | ) **Date: January 24, 2019** |
| METROPCS WIRELESS, INC. | ) **Time: 2:00 p.m.** |
| EMPLOYEE WELFARE BENEFIT PLAN, | ) |
| and LIFE INSURANCE COMPANY OF | ) |
| NORTH AMERICA, | ) |

1

STIPULATION FOR A ONE DAY EXTENSION OF TIME & [PROPOSED] ORDER
Case No. 3:17-cv-06891-JST

| | |
|---|---|
| Defendants. | ) <br> ) |

Whereas, Plaintiff's opening brief was due on October 23, 2018: and,

Whereas, plaintiff's counsel has found this to be an unusually complicated brief because (1) Ms. Rygg's medical issues are multiple, affecting her ears, neck, shoulders, abdomen, back, ankle and foot, (2) the conduct of the plan is unusual in that the insurance adjuster invited a second administrative appeal, which is not permitted by the plan document, creating issues of how that affects the record, (3) the Social Security decision is affected by an error of the Administrative Law Judge, which resulted in a reversal of his decision, and for all of these reasons, this brief has consumed far more hours than were anticipated; and

Whereas, counsel for plaintiff believed that he had adequately budgeted time to complete the brief in timely fashion, but because of the reasons stated above, it became apparent yesterday that that the brief would not be completed on time;

Whereas, counsel for defendants has no objection to the late filing,

Now, therefore, it is stipulated that plaintiff's opening brief may be filed today.

**MESERVE, MUMPER & HUGHES LLP**

DATED:  October 24, 2018        By: */s/ Anna M. Martin*
ANNA M. MARTIN
Attorneys for Defendants
LIFE INSURANCE COMPANY OF NORTH AMERICA and METROPCSWIRELESS, INC. EMPLOYEE WELFARE BENEFIT PLAN

2

STIPULATION FOR A ONE DAY EXTENSION OF TIME & [PROPOSED] ORDER
Case No.  3:17-cv-06891-JST

|   |   |
|---|---|
| DATED: October 24, 2018 | **LAW OFFICES OF LAURENCE F. PADWAY**<br><br>By: */s/ Laurence F. Padway*<br>LAURENCE F. PADWAY<br>Attorneys for Plaintiff<br>SONJA K. RYGG |

### ATTESTATION PURSUANT TO GENERAL ORDER 45

I, Laurence F. Padway, attest that concurrence in the filing of this document has been obtained from any signatories indicated by a "conformed" signature (/s/) within this e-filed document. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

|   |   |
|---|---|
| Dated: October 24, 2018 | LAW OFFICES OF LAURENCE F. PADWAY<br><br>By: */s/Laurence F. Padway*<br>LAURENCE F. PADWAY<br>Attorneys for Plaintiff<br>SONJA K. RYGG |

### [PROPOSED] ORDER

Pursuant to the stipulation of the parties, it is so ordered. The filing date for Plaintiff's Opening Brief is continued to October 24, 2018.

IT IS SO ORDERED.

Dated: October 24, 2018

UNITED STATES DISTRICT JUDGE
Jon S. Tigar