Anna Maria Martin (Bar No. 154279)
amartin@mmhllp.com
Kristin P. Kyle de Bautista (Bar No. 221750)
kkyle@mmhllp.com
Grant Ingram (Bar No. 242785)
gingram@mmhllp.com
MESERVE, MUMPER & HUGHES LLP
800 Wilshire Boulevard, Suite 500
Los Angeles, California 90017-2611
Telephone: (213) 620-0300
Facsimile: (213) 625-1930

Attorneys for Defendants
LIFE INSURANCE COMPANY OF NORTH AMERICA and METROPCS WIRELESS, INC. EMPLOYEE WELFARE BENEFIT PLAN

Laurence F. Padway (Bar No. 89314)
LAW OFFICES OF LAURENCE F. PADWAY
1516 Oak Street, Suite 109
Alameda, California 94501
Telephone: (510) 814-6100
Facsimile: (510) 814 0650

Attorneys for Plaintiff
SONJA K. RYGG

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONJA K. RYGG, <br><br> Plaintiff, <br><br> vs. <br><br> METROPCS WIRELESS, INC. EMPLOYEE WELFARE BENEFIT PLAN, and LIFE INSURANCE COMPANY OF NORTH AMERICA, <br><br> Defendants. | Case No. 3:17-cv-06891-JST <br><br> **STIPULATION TO CONTINUE BRIEFING AND HEARING SCHEDULE ON CROSS-MOTIONS FOR JUDGMENT; [PROPOSED] ORDER THEREON** <br><br> Current Date: January 24, 2019 <br> Current Time: 2:00 p.m. <br><br> Requested Date: January 31, 2019 <br> Requested Time: 2:00 p.m. |

TO THIS HONORABLE COURT:

WHEREAS the following briefing schedule was set by the Court on October 9, 2018, and

| | |
|---|---|
| Plaintiff's Opening Brief: | October 24, 2018 |
| Defendant's Opening Brief: | November 9, 2018 |
| Plaintiff's Responsive Brief: | December 4, 2018 |
| Defendant's Responsive Brief: | December 21, 2018 |
| Hearing: | January 24, 2019 @ 2:00 p.m. |

WHEREAS, counsel for Defendant charged with preparing the Opening Brief has been ill with the flu for over a week, and has been and will be unable to complete the review of Plaintiff's Opening Brief and complete Defendants' Opening Brief before November 9th; and

WHEREAS, counsel for both parties have met and conferred, and agreed upon a revised schedule, which maintain the current hearing date and takes in to account the calendar of both counsel and the upcoming holidays:

| | |
|---|---|
| Plaintiff's Opening Brief: | October 24, 2018 |
| Defendant's Opening Brief: | November 16, 2018 |
| Plaintiff's Responsive Brief: | December 10, 2018 |
| Defendant's Responsive Brief: | January 7, 2019 |
| Hearing: | January 24, 2019 @ 2:00 p.m. |

IT IS HEREBY STIPULATED by and between Plaintiff and Defendant, by and through their respective attorneys of record, that with the Court's permission the following brief and hearing schedule be adopted as set forth above.

LAW OFFICES
**MESERVE,
MUMPER &
HUGHES LLP**

167027.1

2

STIPULATION TO CONTINUE BRIEFING AND HEARING SCHEDULE ON CROSS-MOTIONS FOR JUDGMENT

**IT IS SO STIPULATED**.

Dated: November 2, 2018         Anna Maria Martin
                                Kristin P. Kyle de Bautista
                                MESERVE, MUMPER & HUGHES LLP


                                By:  */s/ Kristin P. Kyle de Bautista*

                                    Kristin P. Kyle de Bautista
                                    Attorneys for Defendant
                                    LIFE INSURANCE COMPANY
                                    OF NORTH AMERICA

Dated: November 2, 2018         Laurence F. Padway
                                LAW OFFICE OF LAURENCE F. PADWAY


                                By:  *Laurence F. Padway*
                                    Laurence F. Padway
                                    Attorneys for Plaintiff
                                    SONJA K. RYGG

## **SIGNATURE ATTESTATION**

I, Kristin P. Kyle de Bautista, hereby attest that concurrence in the filing of the document has been obtained from the other signatory on this document.

Dated: November 2, 2018         By: *Kristin P. Kyle de Bautista*
                                    Kristin P. Kyle de Bautista

LAW OFFICES
**MESERVE,
MUMPER &
HUGHES LLP**

167027.1

3   STIPULATION TO CONTINUE BRIEFING
    AND HEARING SCHEDULE ON CROSS-
    MOTIONS FOR JUDGMENT

# [PROPOSED] ORDER

Pursuant to the stipulation of the parties, it is so ordered. The briefing and hearing schedule set forth above is hereby adopted. except that at the hearing is called the held on February 7, 2019.

IT IS SO ORDERED:

DATED: November 5, 2018

_____
Hon. Jon S. Tigar
United States District Judge