Anna Maria Martin (Bar No. 154279)
amartin@mmhllp.com
Kristin Kyle de Bautista (Bar No. 221750)
kkyle@mmhllp.com
Grant E. Ingram (Bar No. 242785)
gingram@mmhllp.com
MESERVE, MUMPER & HUGHES LLP
800 Wilshire Boulevard, Suite 500
Los Angeles, California 90017-2611
Telephone: (213) 620-0300
Facsimile: (213) 625-1930

Attorneys for Defendant
LIFE INSURANCE COMPANY OF NORTH AMERICA
AND METROPCS WIRELESS, INC. EMPLOYEE
WELFARE BENEFIT PLAN

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONJA K. RYGG, | Case No. 3:17-cv-06891-JST |
| Plaintiff, | **STIPULATION TO CONTINUE BRIEFING SCHEDULE ON CROSS-MOTIONS FOR JUDGMENT; [PROPOSED] ORDER THEREON** |
| vs. | |
| LIFE INSURANCE COMPANY OF NORTH AMERICA AND METROPCS WIRELESS, INC. EMPLOYEE WELFARE BENEFIT PLAN, | **Current Date:** February 7, 2019<br>**Current Time:** 2:00 p.m. |
| Defendants. | **Requested Date:** February 7, 2019<br>**Requested Time:** 2:00 p.m. |

TO THIS HONORABLE COURT:

WHEREAS the following briefing schedule was set by the Court on November 5, 2018, and

| | |
|---|---|
| Plaintiff's Opening Brief: | October 24, 2018 |
| Defendant's Opening Brief: | November 16, 2018 |
| Plaintiff's Responsive Brief: | December 10, 2018 |
| Defendant's Responsive Brief: | January 7, 2019 |
| Hearing: | February 7, 2019 @ 2:00 p.m. |

LAW OFFICES
MESERVE,
MUMPER &
HUGHES LLP

167251.1

Case No. 3:17-cv-06891-JST
STIP. TO CONTINUE BRIEFING SCHEDULE
ON CROSS-MOTIONS FOR JUDGMENT;
[PROPOSED] ORDER THEREON

WHEREAS, counsel for Defendant charged with preparing the Opening Brief lost the family home due to the fires, and has been and will be unable to complete the review of Plaintiff's Opening Brief and complete Defendants' Opening Brief before November 30th; and

WHEREAS, counsel for both parties have met and conferred, and agreed upon a revised schedule, which maintain the current hearing date and takes in to account the calendar of both counsel and the upcoming holidays:

| | |
|---|---|
| Plaintiff's Opening Brief: | October 24, 2018 |
| Defendant's Opening Brief: | November 30, 2018 |
| Plaintiff's Responsive Brief: | December 17, 2018 |
| Defendant's Responsive Brief: | January 10, 2019 |
| Hearing: | February 7, 2019 @ 2:00 p.m. |

IT IS HEREBY STIPULATED by and between Plaintiff and Defendant, by and through their respective attorneys of record, that with the Court's permission the following brief and hearing schedule be adopted as set forth above.

**IT IS SO STIPULATED**.

Dated: November 13, 2018

Laurence F. Padway
LAW OFFICE OF LAURENCE F. PADWAY

By: */s/ Laurence F. Padway*
Laurence F. Padway
Attorneys for Plaintiff
SONJA K. RYGG

Dated: November 13, 2018

Anna Maria Martin
Kristin Kyle de Bautista
MESERVE, MUMPER & HUGHES LLP

By: */s/ Krisin Kyle de Bautista*

Kristin Kyle de Bautista
Attorneys for Defendant
LIFE INSURANCE COMPANY OF
NORTH AMERICA

LAW OFFICES
MESERVE,
MUMPER &
HUGHES LLP

167251.1

2

Case No. 3:17-cv-06891-JST
STIP. TO CONTINUE BRIEFING SCHEDULE
ON CROSS-MOTIONS FOR JUDGMENT;
[PROPOSED] ORDER THEREON

## SIGNATURE ATTESTATION

I, Kristin P. Kyle de Bautista, hereby attest that concurrence in the filing of the document has been obtained from the other signatory on this document.

Dated: November 13, 2018          By: */s/ Kristin Kyle de Bautista*
                                      Kristin Kyle de Bautista

## [PROPOSED] ORDER

Pursuant to the stipulation of the parties, it is so ordered. The briefing and hearing schedule set forth above is hereby adopted.

IT IS SO ORDERED:

DATED: November 13, 2018          _____
                                      Hon. Jon S. Tigar
                                      United States District Judge

LAW OFFICES
MESERVE,
MUMPER &
HUGHES LLP

167251.1

3

Case No. 3:17-cv-06891-JST
STIP. TO CONTINUE BRIEFING SCHEDULE
ON CROSS-MOTIONS FOR JUDGMENT;
[PROPOSED] ORDER THEREON