Anna Maria Martin (Bar No. 154279)
amartin@mmhllp.com
Grant Ingram (Bar No. 242785)
gingram@mmhllp.com
MESERVE, MUMPER & HUGHES LLP
800 Wilshire Boulevard, Suite 500
Los Angeles, California 90017-2611
Telephone: (213) 620-0300
Facsimile: (213) 625-1930

Attorneys for Defendants
LIFE INSURANCE COMPANY OF NORTH AMERICA
and METROPCSWIRELESS, INC. EMPLOYEE
WELFARE BENEFIT PLAN

Laurence F. Padway (Bar No. 83914)
LAW OFFICES OF LAURENCE F. PADWAY
1516 Oak Street, Suite 109
Alameda, CA 94501
Tel: 510.814.6100
Fax: 510.814.0650

Attorneys for Plaintiff
SONJA K. RYGG

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONJA K. RYGG, | CASE NO. 3:17-cv-06891-JST |
| Plaintiff, | **STIPULATION TO CONTINUE BRIEFING SCHEDULE and [PROPOSED] ORDER** |
| vs. | |
| METROPCS WIRELESS, INC. EMPLOYEE WELFARE BENEFIT PLAN, and LIFE INSURANCE COMPANY OF NORTH AMERICA, | **Date: February 7, 2019** <br> **Time: 2:00 p.m.** |
| Defendants. | |

1

STIPULATION TO CONTINUE BRIEFING SCHEDULE & [PROPOSED] ORDER
Case No. 3:17-cv-06891-JST

Whereas, Plaintiff Rygg's response to Defendant's Opening Trial Brief (Doc. 43) and its Motion to Strike Extrinsic Evidence (Doc. 40), in this action for benefits due under an ERISA plan, was due on December 24, 2018: and,

Whereas, the writing and editing of the brief took more time than had been anticipated, and in light of the holiday, counsel for Ms. Rygg conferred with Anna Martin, counsel for defendant, and requested to continue the due date for one business day, making the brief due December 26. Counsel for defendant agreed to this extension of time. This delay will not affect any other briefing dates, or the hearing on the motion; and

Now, therefore, the parties stipulate that Plaintiff Rygg's response to Defendant's Opening Trial Brief (Doc. 43) and its Motion to Strike Extrinsic Evidence (Doc. 40) be extended to December 26, 2018. This will not affect the hearing date which is February 7, 2019.

IT IS SO STIPULATED.

**MESERVE, MUMPER & HUGHES LLP**

DATED: December 26, 2018        By: */s/ Anna M. Martin*
ANNA M. MARTIN
Attorneys for Defendants
LIFE INSURANCE COMPANY OF NORTH AMERICA and METROPCSWIRELESS, INC. EMPLOYEE WELFARE BENEFIT PLAN

**LAW OFFICES OF LAURENCE F. PADWAY**

DATED: December 26, 2018        By: */s/ Laurence F. Padway*
LAURENCE F. PADWAY
Attorneys for Plaintiff
SONJA K. RYGG

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, Laurence F. Padway, attest that concurrence in the filing of this document has been obtained from any signatories indicated by a "conformed" signature (/s/) within this e-filed document. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: December 26, 2018           LAW OFFICES OF LAURENCE F. PADWAY

By: /s/Laurence F. Padway
LAURENCE F. PADWAY
Attorneys for Plaintiff
SONJA K. RYGG

### [PROPOSED] ORDER

Pursuant to the stipulation of the parties, it is so ordered. The due date for Plaintiff Sonja Rygg's response to Defendant's Opening Trial Brief (Doc. 43) and its Motion to Strike Extrinsic Evidence (Doc. 40) is hereby extended to December 26, 2018. The hearing date will remain February 7, 2019.

IT IS SO ORDERED.

Dated: December 28, 2018

UNITED STATES DISTRICT JUDGE
Jon S. Tigar