Anna Maria Martin (Bar No. 154279)
amartin@mmhllp.com
Grant Ingram (Bar No. 242785)
gingram@mmhllp.com
MESERVE, MUMPER & HUGHES LLP
800 Wilshire Boulevard, Suite 500
Los Angeles, California 90017-2611
Telephone: (213) 620-0300
Facsimile: (213) 625-1930

Attorneys for Defendants
LIFE INSURANCE COMPANY OF NORTH AMERICA
and METROPCSWIRELESS, INC. EMPLOYEE
WELFARE BENEFIT PLAN

Laurence F. Padway (Bar No. 83914)
LAW OFFICES OF LAURENCE F. PADWAY
1516 Oak Street, Suite 109
Alameda, CA 94501
Tel: 510.814.6100
Fax: 510.814.0650

Attorneys for Plaintiff
SONJA K. RYGG

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONJA K. RYGG, <br><br> Plaintiff, <br><br> vs. <br><br> METROPCS WIRELESS, INC. EMPLOYEE WELFARE BENEFIT PLAN, and LIFE INSURANCE COMPANY OF NORTH AMERICA, <br><br> Defendants. | CASE NO. 3:17-cv-06891-JST <br> **STIPULATION TO CONTINUE BRIEFING SCHEDULE and [PROPOSED] ORDER** <br><br> **Date: February 7, 2019** <br> **Time: 2:00 p.m.** |

1

STIPULATION TO CONTINUE BRIEFING SCHEDULE & [PROPOSED] ORDER
Case No. 3:17-cv-06891-JST

Whereas, Plaintiff Rygg's supplemental brief in response to the Court's analysis set forth in the order of February 5, 2019 (Docket 55), Plaintiff Rygg's reply to Defendant's Opposition to Plaintiff's Submission of Social Security Award (Docket 56) are due on February 26, 2019: and, the parties are also required to meet and confer concerning certain computations described in Docket 55 by February 26, 2019;

Whereas, counsel for Ms. Rygg has missed a substantial amount of time from work in recent weeks for two reasons: (1) the memorial service for his first wife (who is the mother of his children) took place this past weekend and a lot of friends who no longer live in the area have been visiting over the past two week, and (2) he is the conservator for the youngest son of his (now deceased) second wife, and he is developmentally delayed and fragile medically. The conservatee has been hospitalized for the past five days without a confirmed diagnosis, which requires counsel to spend substantial time attending to his needs;

Now, therefore, the parties stipulate that the (1) briefing schedule on Plaintiff Rygg's response to the Court's analysis set forth in the order of February 5, 2019 (Docket 55) and (2) Plaintiff Rygg's reply to Defendant's Opposition to Plaintiff's Submission of Social Security Award (Docket 56) be extended by one week so that, instead of those briefs being due today, they will be due March 5, 2019. (3) The parties are also required to meet and confer by today concerning the computation of certain benefits by this Court's February 5 order. The parties request that the date to meet and confer be extended one week from today, that is, until March 5, 2019.

In order to accommodate the one week extension requested by counsel for plaintiff, the parties further stipulate that the due dates for (1) Defendant's supplemental brief and (2) Ms. Rygg's reply thereto, in response to the Court's analysis set forth in the order of February 5,

2

2019 (Docket 55) be extended one week, from March 12, 2019 until March 19, 2019, and March 19, 2019 to March 26, 2019, respectively.

IT IS SO STIPULATED.

**LAW OFFICES OF LAURENCE F. PADWAY**

DATED: February 26, 2019             By: */s/ Laurence F. Padway*
                                     LAURENCE F. PADWAY
                                     Attorneys for Plaintiff
                                     SONJA K. RYGG


**MESERVE, MUMPER & HUGHES LLP**

DATED: February 26, 2019             By: */s/ Anna M. Martin*
                                     ANNA M. MARTIN
                                     Attorneys for Defendants
                                     LIFE INSURANCE COMPANY OF NORTH
                                     AMERICA and METROPCSWIRELESS, INC.
                                     EMPLOYEE WELFARE BENEFIT PLAN


## **ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, Laurence F. Padway, attest that concurrence in the filing of this document has been obtained from any signatories indicated by a "conformed" signature (/s/) within this e-filed document. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: February 26, 2019             LAW OFFICES OF LAURENCE F. PADWAY

                                     By: */s/Laurence F. Padway*
                                     LAURENCE F. PADWAY
                                     Attorneys for Plaintiff
                                     SONJA K. RYGG

3
STIPULATION TO CONTINUE BRIEFING SCHEDULE & [PROPOSED] ORDER
Case No. 3:17-cv-06891-JST

[~~PROPOSED~~] ORDER

Pursuant to the stipulation of the parties, it is so ordered. The due date for Plaintiff Rygg's response to the Court's analysis set forth in the order of February 5, 2019 (Docket 55) and Plaintiff Rygg's reply to Defendant's Opposition to Plaintiff's Submission of Social Security Award (Docket 56) is extended to March 5, 2019. Defendant's supplemental brief in response to the Court's analysis set forth in the order of February 5, 2019 (Docket 55) is extended to March 19, 2019 and Plaintiff Rygg's supplemental reply is extended to March 26, 2019. The date to meet and confer concerning certain computations described in Docket 55 by February 26, 2019 is extended until March 5, 2019.

IT IS SO ORDERED.

Dated: February 27, 2019

UNITED STATES DISTRICT JUDGE
Jon S. Tigar