Anna Maria Martin (Bar No. 154279)
amartin@mmhllp.com
Grant Ingram (Bar No. 242785)
gingram@mmhllp.com
MESERVE, MUMPER & HUGHES LLP
800 Wilshire Boulevard, Suite 500
Los Angeles, California 90017-2611
Telephone: (213) 620-0300
Facsimile: (213) 625-1930

Attorneys for Defendants
LIFE INSURANCE COMPANY OF NORTH AMERICA
and METROPCSWIRELESS, INC. EMPLOYEE
WELFARE BENEFIT PLAN

Laurence F. Padway (Bar No. 83914)
LAW OFFICES OF LAURENCE F. PADWAY
1516 Oak Street, Suite 109
Alameda, CA 94501
Tel: 510.814.6100
Fax: 510.814.0650

Attorneys for Plaintiff
SONJA K. RYGG

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONJA K. RYGG, | ) CASE NO. 3:17-cv-06891-JST |
| | ) **STIPULATION TO CONTINUE** |
| Plaintiff, | ) **BRIEFING SCHEDULE and** |
| | ) **[PROPOSED] ORDER** |
| vs. | ) |
| | ) |
| METROPCS WIRELESS, INC. | ) |
| EMPLOYEE WELFARE BENEFIT PLAN, | ) |
| and LIFE INSURANCE COMPANY OF | ) |
| NORTH AMERICA, | ) |
| | ) |
| Defendants. | ) |

1

STIPULATION TO CONTINUE BRIEFING SCHEDULE & [PROPOSED] ORDER
Case No. 3:17-cv-06891-JST

1   Whereas, (1) Plaintiff Rygg's supplemental brief in response to the Court's analysis set
forth in the order of February 5, 2019 (Docket 55), (2) Plaintiff Rygg's reply to Defendant's
Opposition to Plaintiff's Submission of Social Security Award (Docket 56) are due on March 5,
2019: and, (3)the parties are also required to meet and confer concerning certain computations
described in Docket 55 by March 5, 2019;

Whereas, counsel for Ms. Rygg has missed a substantial amount of time from work in
recent weeks because he is the conservator for the youngest son of his (now deceased) second
wife, who is developmentally delayed and fragile medically. The conservatee was hospitalized
from February 19 until March 3, which required counsel to spend substantial time attending to
his needs;

Now, therefore, the parties stipulate that the (1) briefing schedule on Plaintiff Rygg's
response to the Court's analysis set forth in the order of February 5, 2019 (Docket 55) and (2)
Plaintiff Rygg's reply to Defendant's Opposition to Plaintiff's Submission of Social Security
Award (Docket 56) be extended by one week so that, instead of those briefs being due March 5,
they will be due March 12, 2019. (3) The parties are also required to meet and confer by March
5 concerning the computation of certain benefits by this Court's February 5 order. The parties
request that the date to meet and confer be extended one week, that is, until March 12, 2019.

In order to accommodate the one week extension requested by counsel for plaintiff, the
parties further stipulate that the due dates for (1) Defendant's supplemental brief and (2) Ms.
Rygg's reply thereto, in response to the Court's analysis set forth in the order of February 5,
2019 (Docket 55) be extended one week, from March 19, 2019 until March 26, 2019, and March
26, 2019 to April 2, 2019, respectively.

| | |
|---|---|
| 1 | IT IS SO STIPULATED. |
| 2 | **LAW OFFICES OF LAURENCE F. PADWAY** |

DATED: March 4, 2019        By: */s/ Laurence F. Padway*
                                     LAURENCE F. PADWAY
                                     Attorneys for Plaintiff
                                     SONJA K. RYGG

**MESERVE, MUMPER & HUGHES LLP**

DATED: March 4, 2019        By: */s/ Anna M. Martin*
                                       ANNA M. MARTIN
                                     Attorneys for Defendants
                                     LIFE INSURANCE COMPANY OF NORTH
                                     AMERICA and METROPCSWIRELESS, INC.
                                     EMPLOYEE WELFARE BENEFIT PLAN

## **ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, Laurence F. Padway, attest that concurrence in the filing of this document has been obtained from any signatories indicated by a "conformed" signature (/s/) within this e-filed document. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: March 4, 2019        LAW OFFICES OF LAURENCE F. PADWAY

                                       By: */s/Laurence F. Padway*
                                            LAURENCE F. PADWAY
                                            Attorneys for Plaintiff
                                            SONJA K. RYGG

[~~PROPOSED~~] ORDER

Pursuant to the stipulation of the parties, it is so ordered. The due date for Plaintiff Rygg's response to the Court's analysis set forth in the order of February 5, 2019 (Docket 55) and Plaintiff Rygg's reply to Defendant's Opposition to Plaintiff's Submission of Social Security Award (Docket 56) is extended to March 12, 2019. Defendant's supplemental brief in response to the Court's analysis set forth in the order of February 5, 2019 (Docket 55) is extended to March 26, 2019 and Plaintiff Rygg's supplemental reply is extended to April 2, 2019. The date to meet and confer concerning certain computations described in Docket 55 by February 26, 2019 is extended until March 12, 2019.

IT IS SO ORDERED.

Dated: March 6, 2019

_____
UNITED STATES DISTRICT JUDGE
Jon S. Tigar