Anna Maria Martin (Bar No. 154279)
amartin@mmhllp.com
Kristin Kyle de Bautista (Bar No. 221750)
kkyle@mmhllp.com
Grant E. Ingram (Bar No. 242785)
gingram@mmhllp.com
MESERVE, MUMPER & HUGHES LLP
800 Wilshire Boulevard, Suite 500
Los Angeles, California 90017-2611
Telephone: (213) 620-0300
Facsimile: (213) 625-1930

Attorneys for Defendant
LIFE INSURANCE COMPANY OF NORTH AMERICA
AND METROPCS WIRELESS, INC. EMPLOYEE
WELFARE BENEFIT PLAN

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONJA K. RYGG, | Case No. 3:17-cv-06891-JST |
| Plaintiff, | **STIPULATION TO CONTINUE SUPPLEMENTAL BRIEFING SCHEDULE; [PROPOSED] ORDER THEREON** |
| vs. | |
| LIFE INSURANCE COMPANY OF NORTH AMERICA AND METROPCS WIRELESS, INC. EMPLOYEE WELFARE BENEFIT PLAN, | |
| Defendants. | |

Whereas, Defendant Life Insurance Company of North America's ("LINA") supplemental brief in response to the Court's analysis set forth in the order of February 5, 2019 (Dkt No. 55) is due on March 26, 2019;

Whereas, counsel for LINA charged with preparing the supplemental brief has small children who have been ill for the past week, and counsel has now caught the illness herself. Counsel has also had a pre-planned out of town family event that she is expected to attend over the weekend of March 22 through March 24, 2019;

LAW OFFICES
MESERVE,
MUMPER &
HUGHES LLP

169084.1

Case No. 3:17-cv-06891-JST
STIP. TO CONTINUE SUPPLEMENTAL
BRIEFING SCHEDULE; [PROPOSED] ORDER

Now, therefore, the parties stipulate that the (1) briefing schedule on LINA's supplemental brief in response to the Court's analysis set forth in the order of February 5, 2019 (Dkt No. 55) be extended by one week so that, instead of the brief being due March 26, it will be due April 2, 2019.

In order to accommodate the one week extension requested by counsel for LINA, the parties further stipulate that the due date for Plaintiff Sonja Rygg's reply thereto, in response to the Court's analysis set forth in the order of February 5, 2019 (Dkt No. 55) be extended one week, from April 2 to April 9, 2019.

IT IS HEREBY STIPULATED by and between Plaintiff and Defendant, by and through their respective attorneys of record, that with the Court's permission the following brief and hearing schedule be adopted as set forth above.

**IT IS SO STIPULATED**.

Dated:  March 20, 2019  Laurence F. Padway
LAW OFFICE OF LAURENCE F. PADWAY

By:   */s/ Laurence F. Padway*
Laurence F. Padway
Attorneys for Plaintiff
SONJA K. RYGG

Dated:  March 20, 2019  Anna Maria Martin
Kristin Kyle de Bautista
MESERVE, MUMPER & HUGHES LLP

By:   */s/ Kristin Kyle de Bautista*

Kristin Kyle de Bautista
Attorneys for Defendant
LIFE INSURANCE COMPANY OF
NORTH AMERICA

Dated:  March 21, 2019



IT IS SO ORDERED
Judge Jon S. Tigar