Anna Maria Martin (Bar No. 154279)
amartin@mmhllp.com
Kristin Kyle de Bautista (Bar No. 221750)
kkyle@mmhllp.com
Grant E. Ingram (Bar No. 242785)
gingram@mmhllp.com
MESERVE, MUMPER & HUGHES LLP
800 Wilshire Boulevard, Suite 500
Los Angeles, California 90017-2611
Telephone: (213) 620-0300
Facsimile: (213) 625-1930

Attorneys for Defendant
LIFE INSURANCE COMPANY OF NORTH AMERICA
AND METROPCS WIRELESS, INC. EMPLOYEE
WELFARE BENEFIT PLAN

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONJA K. RYGG, | Case No. 3:17-cv-06891-JST |
| Plaintiff, | **STIPULATION TO CONTINUE FILING DEADLINE ON PLAINTIFF'S SUPPLEMENTAL REPLY BRIEF; [PROPOSED] ORDER THEREON** |
| vs. | |
| LIFE INSURANCE COMPANY OF NORTH AMERICA AND METROPCS WIRELESS, INC. EMPLOYEE WELFARE BENEFIT PLAN, | |
| Defendants. | |

Whereas, Plaintiff Sonja K. Rygg's supplemental reply brief in response to the Court's

analysis set forth in the order of February 5, 2019 (Dkt No. 55) is due on April 9, 2019;

Whereas, counsel for Plaintiff Sonja K. Rygg has spent the last week almost exclusively

working on a brief for the Ninth Circuit which was filed last night;

Now, therefore, the parties stipulate that the briefing schedule on Ms. Rygg's supplemental

reply brief in response to the Court's analysis set forth in the order of February 5, 2019 (Dkt No.

1  55) be extended by one week so that, instead of the brief being due April 9, 2019, it will be due

2  April 16, 2019.

3      IT IS HEREBY STIPULATED by and between Plaintiff and Defendant, by and through

4  their respective attorneys of record, that with the Court's permission the following briefing

5  schedule be adopted as set forth above.

6      **IT IS SO STIPULATED**.

7

8

9  Dated:  April 9, 2019                    Laurence F. Padway
                                            LAW OFFICE OF LAURENCE F. PADWAY

10

11                                          By:   /s/ Laurence F. Padway
                                                  Laurence F. Padway

12                                                Attorneys for Plaintiff
                                                  SONJA K. RYGG

13

14  Dated:  April 9, 2019                    Anna Maria Martin
                                            Kristin Kyle de Bautista

15                                          MESERVE, MUMPER & HUGHES LLP

16

17                                          By:   /s/ Kristin Kyle de Bautista

18                                                Kristin Kyle de Bautista
                                                  Attorneys for Defendant

19                                                LIFE INSURANCE COMPANY OF
                                                  NORTH AMERICA

20

21

22                      **SIGNATURE ATTESTATION**

23      I, Laurence F. Padway, hereby attest that concurrence in the filing of the document has been

24  obtained from the other signatory on this document.

25

26  Dated:  April 9, 2019                    By: */s/ Laurence F. Padway*

27                                                Laurence F. Padway

28

Case No.  3:17-cv-06891-JST
STIP. TO CONTINUE FILING DEADLINE ON
PLAINTIFF'S SUPPLEMENTAL REPLY
BRIEF

1                                  **[PROPOSED ORDER]**

2          Pursuant to the stipulation of the parties, it is so ordered.  The briefing schedule set forth

3 above is hereby adopted.

4

5 IT IS SO ORDERED:

6

7 DATED:    April 9, 2019                                    
                Hon. Jon S. Tigar
8                                             United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No.  3:17-cv-06891-JST
STIP. TO CONTINUE FILING DEADLINE ON
PLAINTIFF'S SUPPLEMENTAL REPLY
BRIEF