Anna Maria Martin (Bar No. 154279)
amartin@mmhllp.com
Kristin Kyle de Bautista (Bar No. 221750)
kkyle@mmhllp.com
Grant E. Ingram (Bar No. 242785)
gingram@mmhllp.com
MESERVE, MUMPER & HUGHES LLP
800 Wilshire Boulevard, Suite 500
Los Angeles, California 90017-2611
Telephone: (213) 620-0300
Facsimile: (213) 625-1930

Attorneys for Defendant
LIFE INSURANCE COMPANY OF NORTH AMERICA
AND METROPCS WIRELESS, INC. EMPLOYEE
WELFARE BENEFIT PLAN

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SONJA K. RYGG, <br><br> Plaintiff, <br><br> vs. <br><br> LIFE INSURANCE COMPANY OF NORTH AMERICA AND METROPCS WIRELESS, INC. EMPLOYEE WELFARE BENEFIT PLAN, <br><br> Defendants. | Case No. 3:17-cv-06891-JST <br><br> **STIPULATION TO CONTINUE FILING DEADLINE ON PLAINTIFF'S SUPPLEMENTAL REPLY BRIEF; [PROPOSED] ORDER THEREON** |

Whereas, Plaintiff Sonja K. Rygg's supplemental reply brief in response to the Court's analysis set forth in the order of February 5, 2019 (Dkt No. 55) is due on April 16, 2019. One prior extension has been requested and granted;

Whereas the Parties continue to meet and confer with regard to the questions posed by the Court in its Order Requiring Supplemental Briefing (Dkt. No. 55) - (1) the specific date Rygg's eligibility for benefits ended based on her earnings at RFI Security; and (2) the amount of benefits due for the relevant period;

Whereas, counsel for Plaintiff Sonja K. Rygg has been expecting his first grandchild on or about April 28th. However, the baby is arriving early and now expected this morning;

Now, therefore, the parties stipulate that the briefing schedule on Ms. Rygg's supplemental reply brief in response to the Court's analysis set forth in the order of February 5, 2019 (Dkt No. 55) be extended by one week so that, instead of the brief being due April 16, 2019, it will be due April 23, 2019. The parties further stipulate and agree to provide the Court with a joint stipulation addressing the eligibility and benefit questions posed by the Court (Dkt. No. 55) on or before April 23, 2019.

IT IS HEREBY STIPULATED by and between Plaintiff and Defendant, by and through their respective attorneys of record, that with the Court's permission the following briefing schedule be adopted as set forth above.

**IT IS SO STIPULATED**.

Dated: April 16, 2019      Laurence F. Padway
LAW OFFICE OF LAURENCE F. PADWAY

By: /s/ Laurence F. Padway
Laurence F. Padway
Attorneys for Plaintiff
SONJA K. RYGG

Dated: April 16, 2019      Anna Maria Martin
Kristin Kyle de Bautista
MESERVE, MUMPER & HUGHES LLP

By: /s/ Anna Marie Martin
Anna Marie Martin
Kristin Kyle de Bautista
Attorneys for Defendant
LIFE INSURANCE COMPANY OF
NORTH AMERICA

## SIGNATURE ATTESTATION

I, Laurence F. Padway, hereby attest that concurrence in the filing of the document has been obtained from the other signatory on this document.

Dated: April 16, 2019                              By: */s/ Laurence F. Padway*
                                                   Laurence F. Padway

## [PROPOSED ORDER]

Pursuant to the stipulation of the parties, it is so ordered. The briefing schedule set forth above is hereby adopted. It is exceedingly unlikely that any further requests for extension will be granted.

IT IS SO ORDERED:

DATED:  April 17, 2019                             _____
                                                   Hon. Jon S. Tigar
                                                   United States District Judge